Kelly H. Dove, Esq
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com

*Attorneys for Defendant 8x8, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 2-WAY COMPUTING, INC, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>8X8, INC. A Delaware corporation,<br><br>Defendant. | Case No. 2:15-cv-02228-GMN-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO RESPOND TO COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**(SECOND REQUEST)** |

Plaintiff 2-Way Computing, Inc. ("Plaintiff") and Defendant, 8x8, Inc ("8x8") by and through their counsel, hereby file this Stipulation and [Proposed] Order to Extend the Deadline to Respond to Complaint. This request complies with Local Rules ("LR") 6-1, 6-2, and 7-1. The litigation of this matter will be best served by the proposed extension. This is the second request to extend the response deadline. This request is not made after the response deadline.

The Complaint [Doc. #1] was filed on November 25, 2015. Defendant 8x8 was served with the summons and Complaint on December 17, 2015. The current deadline to respond to the Complaint by stipulation of the parties and order of this Court is February 6, 2016.

///

///

///

Plaintiff is agreeable to a further extension of time for 8x8, Inc. to investigate the allegations of the Complaint. Plaintiff agrees to extend the deadline for 8x8, Inc. to respond to the Complaint for an additional thirty (30) days, until March 7, 2016.

Accordingly, Plaintiff and Defendant respectfully request that the Court grant this request to continue the deadline to respond to the Complaint.

Dated this 3rd day of February, 2016.

SNELL & WILMER L.L.P.

By: /s/ Kelly H. Dove
Kelly H. Dove, Esq.
Nevada Bar No. 10569
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169

*Attorney for Defendant*
*8x8, Inc.*

Dated this 3rd day of February, 2016.

BORGHESE LEGAL, LTD.

By:  /s/ Mark Borghese
Mark Borghese, Esq.
Nevada Bar No. 6231
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

Resa Mirzaie, Esq. (*pro hac vice*)
Paul S. Kroeger, Esq. (*pro hac vice*)
Stanley H. Thompson, Jr., Esq.
(*pro hac vice*)
C. Jay Chung, Esq.(*pro hac vice*)
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025

*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED** that Defendant 8x8, Inc.. shall have until March 7, 2016 to file a responsive pleading to Plaintiff's Complaint for Patent Infringement in the above-captioned matter.

DATED this 4th day of February 2016.

_____
UNITED STATES MAGISTRATE JUDGE

23439257