1    UNITED STATES DISTRICT COURT

2    DISTRICT OF NEVADA

3    * * *

| | |
|---|---|
| 2-Way Computing, Inc., | **TRANSFER ORDER** |
| Plaintiff, | |
| v. | Case No.: 2:15-cv-02228-GMN-CWH |
| 8x8, Inc., | |
| Defendant. | |
| 2-Way Computing, Inc., | |
| Plaintiff, | |
| v. | Case No.: 2:15-cv-02230-GMN-VCF |
| AT&T Mobility LLC *et al.*, | |
| Defendants. | |
| 2-Way Computing, Inc., | |
| Plaintiff, | |
| v. | Case No.: 2:15-cv-02233-MMD-CWH |
| Avaya Inc., | |
| Defendant. | |
| 2-Way Computing, Inc., | |
| Plaintiff, | |
| v. | Case No.: 2:15-cv-02235-RFB-NJK |
| Cisco Systems, Inc., | |
| Defendant. | |

| | |
|---|---|
| 2-Way Computing, Inc., | Case No.: 2:15-cv-02236-MMD-NJK |
| Plaintiff, | |
| v. | |
| Mitel Networks Corporation *et al.*, | |
| Defendants. | |
| 2-Way Computing, Inc., | Case No.: 2:15-cv-02237-RCJ-VCF |
| Plaintiff, | |
| v. | |
| Cellco Partnership Inc., | |
| Defendant. | |
| 2-Way Computing, Inc., | Case No.: 2:16-cv-00419-GMN-CWH |
| Plaintiff, | |
| v. | |
| Polycom, Inc., | |
| Defendant. | |
| 2-Way Computing, Inc., | |
| Plaintiff, | |
| v. | |
| Shoretel, Inc., | |
| Defendant. | Case No.: 2:16-cv-00420-RCJ-VCF |

| | |
|---|---|
| 1 | |
| 2 | 2-Way Computing, Inc., |
| 3 | Plaintiff, |
| | v. |
| 4 | |
| 5 | Unify Inc., |
| 6 | Defendant. |

Case No.: 2:16-cv-00423-RFB-PAL

The parties in the nine above-captioned cases filed a Notice of Related Cases in all nine cases.  The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to transfer them to one District Judge and one Magistrate Judge.   Additionally, transferring will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

## **ORDER**

Therefore,

**IT IS HEREBY ORDERED** that the below mentioned cases are to be **REASSIGNED** to Chief Judge Gloria M. Navarro, and Magistrate Judge Carl W. Hoffman for all further proceedings.

| | |
|---|---|
| 2:15-cv-02228-GMN-CWH | 2:15-cv-02237-RCJ-VCF |
| 2:15-cv-02230-GMN-VCF | 2:16-cv-00419-GMN-CWH |
| 2:15-cv-02233-MMD-CWH | 2:16-cv-00420-RCJ-VCF |
| 2:15-cv-02235-RFB-NJK | 2:16-cv-00423-RFB-PAL |
| 2:15-cv-02236-MMD-NJK | |

/ / /
/ / /
/ / /
/ / /
/ / /

1      **IT IS FURTHER ORDERED** that all documents shall be filed and shall bear the case

2    number with Chief Judge Gloria M. Navarro, and Magistrate Judge Carl W. Hoffman as assigned

3    judges.

4      DATED:  <u>March 8, 2016</u>.

| | |
|---|---|
| **GLORIA  M. NAVARRO, Chief Judge**<br>United States District Judge | **RICHARD F. BOULWARE, II**<br>United States District Judge |
| **MIRANDA M. DU**<br>United States District Judge | **ROBERT C. JONES**<br>United States District Judge |

- 4 -